

# 425th Judicial District Court
## Third Administrative Judicial Region
405 Martin Luther King Blvd
Post Office Box 22
Georgetown, Texas 78626
(512) 943-3381 • Fax (512) 943-3383

**Betsy F. Lambeth**  **Lynette Thorpe**  **Billy Ray Stubblefield**
**District Judge**  **Court Reporter**  **Regional Presiding Judge**

January 3, 2017

Attn: Jeffrey D. Kyle
Third Court of Appeals
PO Box 12547
Austin, Texas  78711-2547

>Re:  Third Court of Appeals Number:  03-16-00870-CV
>Trial Court Case Number:  16-1096-C425
>Style:  Peter C. Hillbrand v. All Web Leads

To Whom It May Concern:

I have received a letter requesting the above-mentioned transcript but have not received payment for such.  This letter is to give notice to the Third Court that I have not begun work on appeal because I have not received payment and/or payment arrangements have not been made.

Thank you so much for your assistance.  If you have any questions, please do not hesitate to call or write.

Sincerely,

Lynette Thorpe, CSR
Court Reporter
425th District Court